# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>EL ASADERO LLC, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-00513-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the appearing parties' stipulated motion to dismiss, Dkt. No. 37, this action is dismissed with prejudice, without costs or fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Clerk is directed to terminate this case.

Dated this 6th day of May, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1